**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

mhsporn@gmail.com

FACSIMILE
(212) 791-3047

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 8 2021

July 28, 2021

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 2 8 2021

Re: United States v. Evans, et al.
Ind. No. 20 CR 57 (GBD)

Dear Judge Daniels:

On behalf of Ranell Sloan, we respectfully request leave to join in the letter motions of co-counsel for their clients to expand the date for filing motions as proposed in their submissions. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: All Parties (By ECF)