**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

September 14, 2021

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 15 2021

Re: <u>United States v. Evans, et al.</u>
Ind. No. 20 CR 57 (GBD)

Dear Judge Daniels:

On behalf of Ranell Sloan, we respectfully request an additional extension of the date for filing motions. The current deadline is September 16. The parties are now engaged in plea discussions. Both sides agree that we should have a decent sense of the likelihood of reaching a resolution within an additional three weeks. Accordingly, we request that the deadline for filing motions be rescheduled from September 16 to October 7. The government consents. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Peter Davis, Esq.